UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO McKINNEY,<br><br>     Petitioner,<br><br>     v.<br><br>NEWSOM,<br><br>     Respondent. | Case No. 2:23-cv-00300-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated at California Men's Colony, which is in San Luis Obispo County and lies in the United States District Court for Central District of California. Additionally, his petition challenges a conviction imposed by the Los Angeles County Superior Court, which also lies in the United States District Court for Central District of California.

    Accordingly, in the furtherance of justice, it is hereby ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: __February 26, 2023__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE